45 A.3d 981

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES MINETT, APPELLANT–PETITIONER.

June 8, 2012.

Denied.

45 A.3d 982

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SHAFFONA MORGAN, DEFENDANT–PETITIONER.

June 8, 2012.

It is ORDERED that the petition for certification is granted limited to the issues whether the trial court erred: by engaging in *ex parte* communication with the deliberating jury; and in permitting the jurors to take written jury instructions home with them to review over the weekend.

45 A.3d 982

TS1 EAST BRUNSWICK, LLC, PLAINTIFF–PETITIONER, v. ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF EAST BRUNSWICK AND NEW VORNADO/SADDLE BROOK, LLC, DEFENDANTS–RESPONDENTS.

June 8, 2012.

It is ORDERED that the petition for certification is granted, limited to the issue of the quality of proofs required to satisfy the negative criteria for the issuance of a conditional use variance pursuant to *N.J.S.A.* 40:55D–70(d)(3).